768

titioners. *Mr. Willis J. O'Brien* for respondent. ▮

No. 668. DE JONG *v.* TIETSORT. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John James Ziska* for petitioner. *Mr. John J. Yowell* for respondent. ▮

No. 672. REED ET AL. *v.* CHICAGO, NORTH SHORE & MILWAUKEE RAILROAD CO. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Vincent D. Wyman* for petitioners. *Mr. Addison L. Gardner* for respondent. ▮

No. 674. HUMES *v.* HUDSPETH ET AL. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Arthur S. Humes, pro se.*

No. 597. MCSPARRAN *v.* CITY OF PORTLAND. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr. Hayden C. Covington* for petitioner. *Mr. Lyman E. Latourette* for respondent.

No. 615. KEEFE ET AL. *v.* UNITED STATES. March 1, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. Ira Lloyd Letts* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* and *Mrs. Eliz-*